# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE AINA,** | : | CIV NO. 4:21-CV-794 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** | : | |
| **Defendants.** | : | |

## MEMORANDUM AND ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This case is a *pro se* lawsuit brought by Andre Aina on April 30, 2021. (Doc. 1). We will separately address the screening merits of Aina's complaint in due course, but have now received a motion from Aina requesting that this case be consolidated with cases that are pending in the Western District of Pennsylvania. (Doc. 2). We will DENY this request to consolidate. This case is a federal civil action. In such cases, 28 U.S.C. § 1391(b) defines the proper venue and provides that an action should:

> [B]e brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

1

28 U.S.C. § 1391(b). Since we lack venue over matters that allegedly occurred in the Western District of Pennsylvania, consolidation of these cases is inappropriate and this request to consolidate (Doc. 2) is DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

DATE: May 7, 2021